In the Matter of the Application of CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent, against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al., Appellants.

*New York city — mandamus to compel inclusion in budget of certain appropriations regarded as mandatory.*

*Matter of Craig* v. *Hylan*, 213 App. Div. 854, affirmed.

(Submitted November 24, 1925; decided December 8, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1925, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory order of mandamus to compel the board of estimate and apportionment and the board of aldermen of the city of New York to include in the final budget for the year 1925 certain specified appropriations which had been requested by various boards and officers on the ground that their inclusion in the budget was mandatory.

*George P. Nicholson*, Corporation Counsel (*John F. O'Brien*, *John Lehman* and *Arthur Sweeney* of counsel), for appellants.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* BERTHA SHKILKY, Respondent.

*Crimes — tenement houses — judgment of conviction of violation of Tenement House Act properly reversed.*

*People* v. *Shkilky*, 201 App. Div. 55, affirmed.

(Argued November 24, 1925; decided December 8, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1922, which reversed a judgment of the Court of Special Sessions in the city of